John H. EVERETT, Plaintiff—Appellant,

v.

CROSSROADS FORD; Derek M. Parker; Charles G. Brown; Jack W. Jenkins, Defendants—Appellees.

No. 04–2574.

United States Court of Appeals, Fourth Circuit.

Submitted: May 19, 2005.

Decided: May 24, 2005.

John H. Everett, Appellant pro se.

* This opinion is filed by a quorum pursuant to

Before LUTTIG and MOTZ, Circuit Judges.*

Affirmed by unpublished per curiam opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

John H. Everett appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See Everett v. Crossroads Ford,* No. CA–04–805–BR–5 (E.D.N.C. Nov. 5, 2004). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*